## 942.  WATTS *v.* THE STATE.

There being no evidence, either by the State or by the accused, nor anything in the defendant's statement, indicating manslaughter, a verdict finding the defendant guilty of that offense must be set aside.

Conviction of manslaughter, from Wilcox superior court—Judge Whipple presiding. November 30, 1907.

Argued February 3,—Decided February 11, 1908.

*John R. Cooper, T. C. Taylor, H. D. D. Twiggs, Hal Lawson,* for plaintiff in error. *E. D. Graham, solicitor-general,* contra.

POWELL, J. No phase of the evidence indicates manslaughter; the defendant's statement sets up nothing less than a complete justification; the trial judge very properly declined to charge the law of voluntary manslaughter; and the jury, notwithstanding the instructions of the judge, having returned a verdict finding the defendant guilty of that offense, a new trial ought to have been granted. This proposition is so well settled by repeated rulings as to require no citation of authority.

Since there is to be another trial, we suggest that in the light

·of the conflict as to whether the persons killed had pistols on the night of the difficulty, testimony as to their habit of carrying weapons is of some relevancy, and may be admitted as illustrating this issue. *Judgment reversed.*